[No. 49490-2-I.   Division One.   November 18, 2002.]

NORM JOHN TRAPP, *Appellant*, v. JOSEPH J. JACKELS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-06412-6, Larry E. McKeeman, J., entered September 6, 2001. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 49495-3-I.   Division One.   November 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-03376-6, Michael J. Fox, J., entered October 26, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49760-0-I.   Division One.   November 18, 2002.]

RIKKI LEESON, *Appellant*, v. SEATTLE HOUSING AUTHORITY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-08107-1, Linda Lau, J., entered November 9, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49896-7-I.   Division One.   November 18, 2002.]

*In the Matter of the Marriage of* BERYL JOAN WATERS, *Respondent*, and FOSTER DENNIS ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-3-00498-3, Richard D. Eadie, J., entered December 26, 2001. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Becker, C.J., and Schindler, J. Now published at 116 Wn. App. 211.